United States District Court
Southern District of Texas
**ENTERED**
February 17, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Criminal No. **1:15-892** |
| **Juan Antonio Lumbreras-Zuniga** | § | |

## ORDER

     BE IT REMEMBERED on this 17th day of February, 2016, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **November 09, 2015,** wherein the defendant **Juan Antonio Lumbreras-Zuniga** waived appearance before this Court and appeared before the United States Magistrate Judge **Ignacio Torteya, III** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Juan Antonio Lumbreras-Zuniga** to the Report and Recommendation, the Court enters the following order:

     IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant **Juan Antonio Lumbreras-Zuniga guilty of the offense of alien who had previously been denied admission, excluded, deported, or removed, after having been convicted of an aggravated felony, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained consent to reapply for admission into the United States from the Attorney General of the United States or Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557, in violation of Title 8, United States Code, Section 1326(a) and 1326(b).**

     SIGNED this the 17th day of February, 2016.

                                                     Rolando Olvera
                                                     United States District Judge